# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF WOLINSKI, | Case No. CV 11-8649 JFW (MRW) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MIKE McDONALD, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the two Reports and Recommendation of the United States Magistrate Judge. (Docket # 122, 156.) Petitioner did not file any written objections to either report. The Court accepts the findings and recommendations of the Magistrate Judge.

1  IT IS ORDERED that: (1) Ground Three of the First Amended Petition is
2  dismissed as unexhausted; (2) Petitioner's request for a stay of the action is denied;
3  and (3) judgment be entered denying the First Amended Petition and dismissing
4  this action with prejudice.

DATE: December 10, 2015

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2