JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF WOLINSKI, | Case No. CV 11-8649 JFW (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| MIKE McDONALD, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: December 10, 2015

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE